**George GORGIUS, Plaintiff–Appellant,**

v.

**UNITED STATES of America; United States Department of Agriculture, Food and Nutrition Service, Defendants–Appellees.**

No. 05–1832.

United States Court of Appeals, Sixth Circuit.

June 22, 2006.

Before MARTIN, NORRIS, and MCKEAGUE, Circuit Judges.

MEMORANDUM OPINION

PER CURIAM.

Plaintiff, George Gorgius, appeals from the Order of the district court denying his motion to alter or amend its previous decision sustaining plaintiff's permanent disqualification from the federal food stamp program.

Having carefully considered the record on appeal, the briefs of the parties, and the applicable law, we are not persuaded that the district court abused its discretion or otherwise erred in denying plaintiff's motion.

Because the reasoning which supports the denial of the motion has been articulated by the district court, the issuance of a detailed written opinion by this court would be duplicative and serve no useful purpose. Accordingly, the judgment of the district court is affirmed upon the reasoning employed by that court in its Order dated May 27, 2005 and its Decision dated May 4, 2005.